

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00113-CR

Joshua Gabriel **GOFF**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CR-12-088
Honorable M. Rex Emerson, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. Appellate counsel's motion to withdraw is GRANTED. Any other pending motions for relief are DENIED.

SIGNED October 14, 2015.

_____
Patricia O. Alvarez, Justice